Matter of Roesch v Office of The Exec. Director, Acting Exec. Director of Starc-Oakview (2026 NY Slip Op 01718)

Matter of Roesch v Office of The Exec. Director, Acting Exec. Director of Starc-Oakview

2026 NY Slip Op 01718

Decided on March 20, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 20, 2026

PRESENT: WHALEN, P.J., LINDLEY, MONTOUR, AND NOWAK, JJ. (Filed Mar. 20, 2026.) 

MOTION NO. (770/25) CA 24-00420.

[*1]IN THE MATTER OF JOSEPH ROESCH, PETITIONER-APPELLANT, 
vOFFICE OF THE EXECUTIVE DIRECTOR, ACTING EXECUTIVE DIRECTOR OF STARC-OAKVIEW, NEW YORK STATE OFFICE OF MENTAL HEALTH AND OFFICE OF COMMISSIONER FOR OFFICE OF MENTAL HEALTH, RESPONDENTS-RESPONDENTS.

MEMORANDUM AND ORDER
Motion for leave to appeal to the Court of Appeals denied.